JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LARSEN, | ) NO. CV 08-04610 CAS (SS) |
|         Petitioner, | ) |
|         v. | )     **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is GRANTED in its entirety.  The action is remanded for a new trial within ninety (90) days of this decision, plus any additional delay authorized under state law.  If the State elects not to pursue a retrial, Petitioner shall be released from custody within ninety (90) days of the date the Judgment herein becomes final.

DATED: June 14, 2010

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE