**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LARSEN,<br><br>        Petitioner,<br><br>  v.<br><br>JOHN SOTO, Warden,<br><br>        Respondent. | Case No. CV 08-4610 CAS (SS)<br><br>**JUDGMENT RE PETITIONER'S MOTION FOR FINDING OF INNOCENCE** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Petitioner's Motion for Finding of Innocence is denied and that judgment is hereby entered in favor of Respondent and against Petitioner on Petitioner's request for a finding of actual innocence.

DATED: July 12, 2016

                                              CHRISTINA A. SNYDER
                                              UNITED STATES DISTRICT JUDGE